THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **HOLLY DAVIS and LAURA STATEN,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **SOUTH PARK HEALTH CARE, LLC** ) <br> **And MIDWEST GERIATRIC** ) <br> **MANAGEMENT, LLC,** ) <br> ) <br> **Defendants.** ) | Case No. CIV-18-594-R |

## ORDER

On April 22, 2019, the parties filed a Joint Motion to Approve FLSA Settlement. (Doc. No. 25) which was supplemented by Sealed Motion on July 3, 2019 (Doc. No. 28). The supplement addressed the Court's concerns regarding a particular confidentiality provision in the proposed FLSA settlement. The parties' supplement indicates this provision has been substantially modified, removing the Court's prior reticence to approval of the settlement. Accordingly, for the reasons set forth in the Court's June 13, 2019 Order (Doc.No. 27) and in light of the parties' amendment of the provisions of the settlement as set forth in their Supplement to Approve FLSA Settlement (Doc. No. 28), the Court hereby approves the settlement as fair and equitable to all parties.

**IT IS SO ORDERED** this 15th day of August 2019.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE